# IN THE UNITED STATED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JAMIE WHITE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL FILE NO: |
| ) | 3:19-cv-00142-tcb |
| ) | |
| PAULDING COUNTY GOVERNMENT, ) | |
| PAULDING COUNTY DISTRICT ) | |
| ATTORNEY'S OFFICE a/k/a PAULDING ) | |
| COUNTY JUDICIAL CIRCUIT OFFICE OF ) | |
| THE DISTRICT ATTORNEY, ) | |
| PROSECUTING ATTORNEYS' COUNCIL ) | |
| OF GEORGIA, DICK DONOVAN ) | |
| (Individually and in his Official Capacity), and ) | |
| BRIAN ACKER (Individually and in his ) | |
| Official Capacity), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal of Plaintiff's claims in this action with prejudice, with each party to bear its own attorneys' fees and costs.

STIPULATED this 6th day of February, 2020.

/s/ Tracey T. Barbaree
Tracey T. Barbaree
GA Bar No. 036792
Beth A. Moeller
GA Bar No. 100158
MOELLER BARBAREE LLP
181 Peachtree St. NE
Suite 401
Atlanta, GA  30309
404.748.9122
*Attorneys for Plaintiff*

**CONSENTED TO:**

/s/ Annarita L. McGovern
Annarita L. McGovern
Georgia Bar No. 098141
Satcher & McGovern
288 South Main Street, Suite 100
Tel. 770.765.0225
Email:  amcgovern@satchermcgovernlaw.com
*Counsel for Defendant Georgia Prosecuting Attorneys' Council*

/s/Eve Appelbaum
Eve Appelbaum
Georgia Bar No. 020899
Appelbaum & Henefield, P.C.
9 Lenox Point NE, Suite B
Atlanta, GA 30324
Tel. 404.841.1275
Email:  eaa@aps-law.com
*Counsel for Defendants Donovan and Paulding County District Attorney's Office a/k/a Paulding County Judicial Circuit Office of the District Attorney*


/s/ Patrick Dodson
Megan N. Martin

Georgia Bar No. 140581
Patrick Doyle Dodson
Georgia Bar No. 223403
JARRARD & DAVIS, LLP
222 Webb Street
Cumming, Georgia 30040
Tel. (678) 455- 7150
Email: mmartin@jarrard-davis.com
*Attorneys for Defendants Paulding County Government and Brian Acker*

## FONT CERTIFICATION

The undersigned hereby certifies that this pleading complies with the requirements of LR 5.1B and has been prepared in Times New Roman 14 point font.

*s/ Tracey T. Barbaree*
Tracey T. Barbaree, Esq.
Georgia Bar No. 036792

## CERTIFICATE OF SERVICE

I certify that on this 6th day of February, 2020, I electronically filed this Joint Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this action.

*/s/ Tracey T. Barbaree*
Tracey T. Barbaree
Attorney for Plaintiff